FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 APR 21 PM 12: 19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

**WILLIAM GREGORY ROBERTS**
Plaintiff,

v.  CASE NO. 5:11-cv-00120-TJC-MCR

**CHOATE CONSTRUCTION
COMPANY; SHAWN ALLEN;
JOHN W. ALDEN; AND
DOUGLAS B. LANG.**
Defendants.

---

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Douglas B. Lang, Esquire
Samuel S. Jacobson, Esquire
James A. Bledsoe, Jr., Esquire
Jacobson & Wright, P.A.
Bledsoe, Schmidt, Lang & Wilkinson, P.A.
Bledsoe, Jacobson, Schmidt, Wright, Lang & Wilkinson, Attorneys at Law
Shawn Allen
John Alden
Kilpatrick Townsend & Stockton LLP
Choate Construction Company
William Gregory Roberts

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty larges unsecured creditors) in bankruptcy cases:

None

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

William Gregory Roberts

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

*[signature]*

William Gregory Roberts

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: that a true and correct copy have been provided to the Clerk of the Court U. S. Middle District of Florida and by U. S. Mail on this 21st. Day of April, 2011 to the following parties

John W Alden
1100 Peachtree Street Suite 2800
Atlanta Georgia 30309-4528
Defendant


Douglas B. Lang
1301 Riverplace Boulevard
Suite 1818
Jacksonville Florida 32207
Defendant


Shawn Allen
8200 Roberts Drive
Suite 600
Atlanta, Georgia 30350
Defendant


Choate Construction Company
8200 Roberts Drive
Suite 600
Atlanta Georgia 30350
Defendant


_____
WILLIAM GREGORY ROBERTS